# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| G AND H EXPRESS INC | § | Case No. 11-83829 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Clerk's Office
Stanley J. Roszkowski U.S. Courthouse
327 South Church Street
Room 1100
Rockford, Illinois 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 02/20/2013 in Courtroom 3100,
United States Courthouse
327 South Church Street
Rockford, IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: /s/ Daniel M. Donahue
                                              Trustee


*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §
        §
        §
G AND H EXPRESS INC   §   Case No. 11-83829
        §
        Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 8,018.57 |
| and approved disbursements of | $ 6.46 |
| leaving a balance on hand of[1] | $ 8,012.11 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DANIEL M. DONAHUE | $ 965.70 | $ 0.00 | $ 965.70 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 1,533.00 | $ 0.00 | $ 1,533.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 19.17 | $ 0.00 | $ 19.17 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 2,517.87 |
| Remaining Balance | $ 5,494.24 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,336.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Rjm Acquisitions Llc | $ 283.57 | $ 0.00 | $ 283.57 |
| 000002 | Paccar Financial Corp. | $ 1,052.91 | $ 0.00 | $ 1,052.91 |
| | Total to be paid to timely general unsecured creditors | | $ | 1,336.48 |
| | Remaining Balance | | $ | 4,157.76 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 1.98 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 4,155.78 .

Prepared By: /s/ Daniel M. Donahue
                              Trustee

DANIEL M. DONAHUE
P.O. BOX 2903
ROCKFORD, IL 61132-2903

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                         Case No. 11-83829-TML
G & H Express, Inc                                             Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3      User: vgossett          Page 1 of 2         Date Rcvd: Jan 29, 2013
                          Form ID: pdf006         Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2013.
```
db           +G & H Express, Inc,    PO Box 2456,    Loves Park, IL 61132-0456
17738757      Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
17738758      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
17738760     +Lindy Hinz,    6053 Wild Rose Lane,    Roscoe, IL 61073-7149
17738761    ++PACCAR FINANCIAL CORP,    P O BOX 1518,    BELLEVUE WA 98009-1518
             (address filed with court:   Paccar Financial Corp.,    Paccar Building,    PO Box 1518,
               Bellevue, WA 98009-1518)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17738756     +E-mail/Text: bkr@cardworks.com Jan 30 2013 02:14:33      Advanta Credit Cards,    PO Box 9217,
               Old Bethpage, NY 11804-9017
17738759     +E-mail/Text: GCR_CCBankruptcies@cable.comcast.com Jan 30 2013 02:17:01       Comcast,
               4450 Kishwaukee Street,    Rockford, IL 61109-2944
18382619     +E-mail/Text: rjm@ebn.phinsolutions.com Jan 30 2013 02:11:52      Rjm Acquisitions Llc,
               575 Underhill Blvd, Suite 224,    Syosset, NY 11791-4437
                                                                                              TOTAL: 3
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 31, 2013**                    **Signature:**   _Joseph Speetjens_

```
District/off: 0752-3          User: vgossett            Page 2 of 2             Date Rcvd: Jan 29, 2013
                              Form ID: pdf006           Total Noticed: 8


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 28, 2013 at the address(es) listed below:
              Bernard J Natale    on behalf of Debtor   G & H Express, Inc natalelaw@bjnatalelaw.com
              Daniel  Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com,
               ddonahue@ecf.epiqsystems.com
              Daniel  Donahue    ddonahue@mjwpc.com,  ddonahue@ecf.epiqsystems.com
              Daniel M Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 5
```