UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
G AND H EXPRESS INC § Case No. 11-83829
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/DANIEL M. DONAHUE_____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
|  |  |  |  |
| U.S. Bankruptcy Clerk's Office |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanta Credit Cards PO Box 9217 Old Bethpage, NY 11804 | | | | | |
| | Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285 | | | | | |
| | Chase PO Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Comcast 4450 Kishwaukee Street Rockford, IL 61109 | | | | | |
| 000002 | PACCAR FINANCIAL CORP. | | | | | |
| 000001 | RJM ACQUISITIONS LLC | | | | | |
| | PACCAR FINANCIAL CORP. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CLERK OF THE COURT | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-83829 | MLB | Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|---|
| Case Name: | G AND H EXPRESS INC | | | Date Filed (f) or Converted (c): | 08/31/11 (f) |
| | | | | 341(a) Meeting Date: | 10/06/11 |
| For Period Ending: | 08/14/13 | | | Claims Bar Date: | 03/14/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. US Bank - checking   Includes Asset #2 | 1,200.00 | 2,329.47 | | 2,329.47 | FA |
| 2. US Bank - savings   Combined with Asset #1 | 1,200.00 | 0.00 | | 0.00 | FA |
| 3. Accounts Receivable - Morning Star | 500.00 | 0.00 | | 0.00 | FA |
| 4. 2007 Ford E250 Cargo Van | 600.00 | 5,000.00 | | 5,000.00 | FA |
| 5. Small complement of office equipment, desks, chair | 200.00 | 0.00 | | 0.00 | FA |
| 6. Insurance Refund (u) | Unknown | 689.07 | | 689.07 | FA |
| 7. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.03 | Unknown |
| TOTALS (Excluding Unknown Values) | $3,700.00 | $8,018.54 | | $8,018.57 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing remains to be done.

Initial Projected Date of Final Report (TFR): 12/01/12    Current Projected Date of Final Report (TFR): 09/01/12

LFORM1

UST Form 101-7-TDR (5/1/2011) (Page: 7)

Ver: 17.02f

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| | |
|---|---|
| Case No: 11-83829 -MLB | Trustee Name: DANIEL M. DONAHUE |
| Case Name: G AND H EXPRESS INC | Bank Name: Bank of America, NA |
| | Account Number / CD #: *******3985 MONEY MARKET |
| Taxpayer ID No: *******4658 | |
| For Period Ending: 08/14/13 | Blanket Bond (per case limit): $ 1,500,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/13/11 | 1 | G AND H EXPRESS INC<br>PO BOX 2456<br>LOVES PARK, IL 61132 | INTEREST IN BANK ACCOUNT | 1129-000 | 2,329.47 | | 2,329.47 |
| 12/13/11 | 6 | MEL FOSTER CO. INSURANCE, INC.<br>3218 E. 35TH ST., CT<br>DAVENPORT, IA 52807 | INSURANCE REFUND | 1229-000 | 689.07 | | 3,018.54 |
| 12/30/11 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 3,018.55 |
| 01/19/12 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 3,018.57 |
| 01/19/12 | | Transfer to Acct #*******3838 | Bank Funds Transfer | 9999-000 | | 3,018.57 | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 3,018.57 | 3,018.57 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 3,018.57 | |
| Subtotal | 3,018.57 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 3,018.57 | 0.00 | |

Page Subtotals 3,018.57 3,018.57

Ver: 17.02f

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-83829 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | G AND H EXPRESS INC | | Bank Name: | CONGRESSIONAL BANK |
| | | | Account Number / CD #: | *******3838  GENERAL CHECKING |
| Taxpayer ID No: | *******4658 | | | |
| For Period Ending: | 08/14/13 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/19/12 | | Transfer from Acct #*******3985 | Bank Funds Transfer | 9999-000 | 3,018.57 | | 3,018.57 |
| 02/28/12 | 4 | LINDY HINZ | 2007 FORD F-150 | 1129-000 | 5,000.00 | | 8,018.57 |
| 06/19/12 | 000100 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | BLANKET BOND - BOND #016018067 | 2300-000 | | 6.46 | 8,012.11 |
| 02/20/13 | 000101 | DANIEL M. DONAHUE, TRUSTEE<br>P.O. BOX 2903<br>ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 965.70 | 7,046.41 |
| 02/20/13 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,533.00 | 5,513.41 |
| 02/20/13 | 000103 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 19.17 | 5,494.24 |
| * 02/20/13 | 000104 | Rjm Acquisitions Llc<br>575 Underhill Blvd, Suite 224<br>Syosset, NY 11791 | Claim 000001, Payment 100.1% | | | 283.99 | 5,210.25 |
| | | | Claim         283.57 | 7100-003 | | | |
| | | | Interest         0.42 | 7990-003 | | | |
| 02/20/13 | 000105 | Paccar Financial Corp.<br>Paccar Building<br>PO Box 1518<br>Bellevue, WA 98009-1518 | Claim 000002, Payment 100.1% | | | 1,054.47 | 4,155.78 |
| | | | Claim         1,052.91 | 7100-000 | | | |
| | | | Interest         1.56 | 7990-000 | | | |
| * 02/20/13 | 000106 | G AND H EXPRESS INC<br>PO BOX 2456<br>LOVES PARK, IL 61132 | Surplus Funds | 8200-003 | | 4,155.78 | 0.00 |
| * 07/03/13 | 000104 | Rjm Acquisitions Llc<br>575 Underhill Blvd, Suite 224<br>Syosset, NY 11791 | Claim 000001, Payment 100.1%<br>Uncashed check | | | -283.99 | 283.99 |
| | | | Claim    (    283.57 ) | 7100-003 | | | |

Page Subtotals         8,018.57    7,734.58

Ver: 17.02f

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-83829 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | G AND H EXPRESS INC | | Bank Name: | CONGRESSIONAL BANK |
| | | | Account Number / CD #: | *******3838  GENERAL CHECKING |
| Taxpayer ID No: | *******4658 | | | |
| For Period Ending: | 08/14/13 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Interest    (    0.42) | 7990-003 | | | |
| * 07/03/13 | 000106 | G AND H EXPRESS INC<br>PO BOX 2456<br>LOVES PARK, IL  61132 | Surplus Funds<br>Uncashed Check | 8200-003 | | -4,155.78 | 4,439.77 |
| 07/03/13 | 000107 | U.S. Bankruptcy Clerk's Office<br>Stanley J. Roszkowski U.S. Courthouse<br>327 South Church Street<br>Room 1100<br>Rockford, Illinois 61101 | Claim 000001, Payment 100.1%<br>G & H Express, Inc.; 11-83829 | | | 283.99 | 4,155.78 |
| | | | Claim         283.57 | 7100-001 | | | |
| | | | Interest          0.42 | 7990-001 | | | |
| 07/03/13 | 000108 | U.S. Bankruptcy Clerk's Office<br>Stanley J. Roszkowski U.S. Courthouse<br>327 South Church Street<br>Room 1100<br>Rockford, Illinois 61101 | Surplus Funds<br>G & H Express, Inc.; 11-83829 | 8200-001 | | 4,155.78 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 8,018.57 | 8,018.57 | 0.00 |
| Less:  Bank Transfers/CD's | 3,018.57 | 0.00 | |
| Subtotal | 5,000.00 | 8,018.57 | |
| Less:  Payments to Debtors | | 4,155.78 | |
| Net | 5,000.00 | 3,862.79 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - *******3985 | 3,018.57 | 0.00 | 0.00 |
| GENERAL CHECKING - *******3838 | 5,000.00 | 3,862.79 | 0.00 |
| | 8,018.57 | 3,862.79 | 0.00 |
| | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals          0.00        283.99

Ver: 17.02f

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 10)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-83829 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | G AND H EXPRESS INC | Bank Name: | CONGRESSIONAL BANK |
| | | Account Number / CD #: | *******3838  GENERAL CHECKING |
| Taxpayer ID No: | *******4658 | | |
| For Period Ending: | 08/14/13 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | MONEY MARKET - ********3985 | | Transfers) | To Debtors) | On Hand |
| | | | GENERAL CHECKING - ********3838 | | | | |

Page Subtotals     0.00     0.00

Ver: 17.02f

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*